**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONNIE L. MORGAN, | ) NO. CV 12-1758-PA (MAN) |
| Plaintiff-Petitioner, | ) |
| v. | ) JUDGMENT |
| UNITED STATES BUREAU OF PRISONS, | ) |
| Defendant-Respondent. | ) |

   Pursuant to the Court's Order Denying Motion For Extension Of Time To File Suit,

   IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 7, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE